THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JORDAN MANHXAYTHAVONG, | CASE NO. C23-1574-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SWICKARD AUTO GROUP DBA MERCEDES BENZ OF WILSONVILLE, OR, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint on October 13, 2023. Yet, since then, Plaintiff has neither sought summons from the Clerk's office nor otherwise visibly prosecuted this action. Plaintiff is, therefore, ORDERED to show cause by July 12, 2024 why this case should not be dismissed without prejudice for failure to prosecute.

//

//

//

//

//

MINUTE ORDER
C23-1574-JCC
PAGE - 1

DATED this 27th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk